CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 18 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
FEBRUARY 2016 SESSION

| UNITED STATES OF AMERICA | ) | Criminal No. 7:16-cr-0008 |
|---|---|---|
| v | ) | **SEALED INDICTMENT** |
| NEFTALE AGUILAR ALEGRIA, BERNARDO BAROCIO ALCARAZ, aka Lalo, DOUGLAS EDWARD GIBSON, and DUANE GRAY | ) ) ) ) ) | **In Violation of:** Title 21, U.S.C., §841(a)(1) Title 21, U.S.C., §846 Title 18, U.S.C., §2 |

## COUNT ONE

The Grand Jury charges:

1. Beginning not later than January, 2013, and continuing until on or about August 23, 2015, the defendants, NEFTALE AGUILAR ALEGRIA, BERNARDO BAROCIO ALCARAZ, DOUGLAS EDWARD GIBSON, and DUANE GRAY did knowingly combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute, within and into the Western Judicial District of Virginia, a mixture or substance containing a detectable amount of methamphetamine, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. As to NEFTALE AGUILAR ALEGRIA, one of the objects of the conspiracy was to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

3. As to BERNARDO BAROCIO ALCARAZ and DOUGLAS EDWARD GIBSON,

one of the objects of the conspiracy was to distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

3. All in violation of Title 21, United States Code, Sections 846, and 841(a)(1) and (b)(1)(A), (b)(1)(B), and (b)(1)(C).

## COUNT TWO

The Grand Jury charges:

1. That on or about January 9, 2015, in the Western Judicial District of Virginia, the defendant, NEFTALE AGUILAR ALEGRIA, did knowingly and intentionally distribute a measurable quantity of a mixture or substance containing methamphetamine, a Schedule I controlled substance.

2. In violation of Title 21, United States Code Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

The Grand Jury charges:

1. That on or about January 27, 2015, in the Western Judicial District of Virginia, the defendant, NEFTALE AGUILAR ALEGRIA, did knowingly and intentionally distribute a measurable quantity of a mixture or substance containing methamphetamine, a Schedule I controlled substance.

2. In violation of Title 21, United States Code Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

The Grand Jury charges:

1. That on or about February 5, 2015, in the Western Judicial District of Virginia, the defendants, NEFTALE AGUILAR ALEGRIA and DOUGLAS EDWARD GIBSON, did

knowingly and intentionally distribute a measurable quantity of a mixture or substance containing methamphetamine, a Schedule I controlled substance, and did aid and abet in the same.

2. In violation of Title 21, United States Code Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code Section 2.

## COUNT FIVE

The Grand Jury charges:

1. That on or about February 10, 2015, in the Western Judicial District of Virginia, the defendant, DUANE GRAY, did knowingly and intentionally possess with the intent to distribute a measurable quantity of a mixture or substance containing methamphetamine, a Schedule I controlled substance.

2. In violation of Title 21, United States Code Section 841(a)(1) and (b)(1)(C).

## COUNT SIX

The Grand Jury charges:

1. That on or about March 2, 2015, in the Western Judicial District of Virginia, the defendants, NEFTALE AGUILAR ALEGRIA and DOUGLAS EDWARD GIBSON, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing methamphetamine, a Schedule I controlled substance, and did aid and abet in the same.

2. In violation of Title 21, United States Code Section 841(a)(1) and (b)(1)(B), and Title 18, United States Code Section 2.

## COUNT SEVEN

The Grand Jury charges:

1. That on or about April 9, 2015, in the Western Judicial District of Virginia, the defendant, BERNARDO BAROCIO ALCARAZ, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, a Schedule I controlled substance.

2. In violation of Title 21, United States Code Section 841(a)(1) and (b)(1)(B).

A TRUE BILL this 18 day of February, 2016.

_s/Grand Jury Foreperson_
FOREPERSON

JOHN P. FISHWICK, JR.
UNITED STATES ATTORNEY